349

389 P.3d 944

STATE of Hawai'i, Plaintiff-Appellee,

v.

Robert L. MANNING, also known
as Robert L. Manning, Sr.,
Defendant-Appellant

NO. CAAP-14-0000766

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 28, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 13-1-
0721)

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 944

## IN RE MARN FAMILY LITIGATION

NO. CAAP-14-0001355

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 28, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NOS.
98-5371-12 and 98-4706-10; MASTER FILE
NO. 00-1-MFL-3RD)

## SUMMARY DISPOSITION ORDER

Affirmed.

389 P.3d 944

STATE of Hawai'i, Plaintiff-Appellant,

v.

Anwar HOSSAIN, Defendant-Appellee

NO. CAAP-15-0000703

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 28, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CR. NO. 14-1-
0902)

## SUMMARY DISPOSITION ORDER

Vacated. Remanded.

389 P.3d 944

## Brian L. GROELSMA and Ingrid K. Groelsma, Plaintiffs-Appellants,

v.

## CITY & COUNTY OF HONOLULU, Defendant-Appellee, and DOES 1-10, Defendants

NO. CAAP-14-0000993

Intermediate Court of Appeals of Hawai'i.

DATED: Honolulu, Hawai'i,
February 28, 2017.

APPEAL FROM THE CIRCUIT COURT
OF THE FIRST CIRCUIT (CIVIL NO. 07-
1-0213)

## SUMMARY DISPOSITION ORDER

Affirmed.